ACCEPTED
05-14-01107-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/7/2015 9:07:02 PM
LISA MATZ
CLERK

**IN THE**
**COURT OF APPEALS**

**FOR THE FIFTH DISTRICT OF TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/7/2015 9:07:02 PM
LISA MATZ
Clerk

**AT DALLAS**

| | | |
|---|---|---|
| DEWAYNE KEITH FINCHER | § | Appeal No. 05-14-01106-CR |
| | § | Appeal No. 05-14-01107-CR |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | |

**MOTION TO EXTEND TIME**
**TO FILE BRIEF FOR APPELLANT**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW Christian T. Souza ("counsel") as counsel for Appellant and respectfully motions this Honorable Court for an extension of time for him to file his Brief for Appellant for 30 days, from May 8, 2015 to June 7, 2015. TEX. R. APP. P. 10.5(b), 38.6(a)(2), and 38.6(d). In support of this motion counsel shows:

I.

Appellant has not previously requested any extension.

II.

Counsel has had conflicting obligations since April 9, 2015 that have precluded filing Appellant's brief by May 8, 2015 with such obligations including: (1) Initial Brief for Defendant-Appellant in *Jorge*

–1–

*Villarreal-Flores v. United States of America*, Appeal No. 14-11241, filed in the United States Court of Appeals for the Fifth Circuit on April 11, 2015; (2) oral argument in *Joseph Guerra v. State*, Appeal Nos. 05-14-00086-CR and 05-14-00087-CR, in this Court on April 15, 2015; (3) Initial Brief for Defendant-Appellant in *Juan Antonio Guajardo-Hernandez v. United States of America*, Appeal No. 14-10957, filed in the United States Court of Appeals for the Fifth Circuit on April 20, 2015; (4) two motions concerning the record filed on April 29, 2015, with correction of one motion on April 30, 2015, in *United States of America v. Myra Sanchez-Rodriguez*, Appeal No. 15-10025, in the United States Court of Appeals for the Fifth Circuit; (5) preliminary review of record and substantial written consultation with the defendant-appellant in *United States of America v. Sergio Castillo-Guerra*, Appeal No. 14-11312 in the United States Court of Appeals for the Fifth Circuit; (6) preparation involving investigator and witness contacts for hearing in *Ex parte Daniel Perez*, Writ No. W96-29534-V(A), an aggravated sexual assault of a child with a life sentence, set for May 22, 2015 (with the State advising on May 5, 2015 that it desired a reset); (7) appeal bond reduction hearing in the trial court on May 5, 2015 in *Summer Rae Harris v. State*, Appeal Nos. 05-15-00034-CR, 05-15-00035-CR and 05-15-00107-CR in this court; and (8)

development and draft of Unopposed Motion to Suspend Briefing Timetable and Supplement Record under Seal or like motion anticipated to be completed and filed on May 8, 2015 in *United States of America v. Jorge Villarreal-Flores*, Appeal No. 14-11241, United States Court of Appeals for the Fifth Circuit.

IV.

For the foregoing reasons, Appellant respectfully prays for this Honorable Court to grant a briefing extension of 30 days, from May 8, 2015 to June 7, 2015. TEX. R. APP. P. 38.6(d). Appellant prays for any other relief that this Court would deem appropriate.

Respectfully Submitted,

/s/ Christian T. Souza
Christian T. Souza
SBN: 00785414
4303 N. Central Expressway
Dallas, Texas 75205
(214) 862-7462
(214) 696-0867 (fax)
E-Mail: ctsouza@gmail.com

CERTIFICATE OF SERVICE

This is to certify that the Appellate Division of the Dallas County Criminal District Attorney's Office has been served with a copy of this motion via e-mail to DCDAAppeals@dallascounty.org.


/s/ Christian T. Souza
Christian T. Souza